UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

MARIA C-REYES LEDEZMA,   Chapter 7
                          Case No. 16-49437-pjs
    Debtor.              Hon. Phillip J. Shefferly
_____/

CREDIT UNION ONE,

    Plaintiff,
vs.                       Adversary No. 16-4823-pjs

MARIA C-REYES LEDEZMA,

    Defendant.
_____/

## MEDIATOR'S CERTIFICATION PURSUANT TO LBR 7016-2(a)(7) (EDM)

The mediator hereby certifies that mediation:

[x]    was conducted in compliance with LBR 7016-2

[ ]    was not conducted in compliance with LBR 7016-2 because

    [ ]    the parties settled prior to the mediation; or

    [ ]    for the following reasons _____

As a result of the mediation, the parties:

    [x]    achieved a settlement,

        [x]    and signed a written settlement memorandum.

        [ ]    and did not sign a written settlement memorandum.

    [ ]    did not achieve a settlement.

                GOLD, LANGE & MAJOROS, P.C.

                By:    /s/ Stuart A. Gold
                        STUART A. GOLD (P27766)
                        24901 Northwestern Highway #444
                        Southfield, Michigan 48075
                        (248) 350-8220
                        Sgold@glmpc.com

Dated: November 28, 2016
H:\GLM General Clients\Credit Union One v Ledezma mediation\Mediation report.wpd